ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 JUL 15 AM 8:32
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

KENNETH WIGGINS,

    Petitioner,

vs.      CV 315-042

BRAD HOOKS, Warden,

    Respondent.

**O R D E R**

Before the Court is Respondent's motion to transfer this case to the District of Colorado. Petitioner Kenneth Wiggins filed a writ of habeas corpus to challenge a detainer lodged against him in Colorado. A habeas corpus petition under 28 U.S.C. § 2241 is appropriate to attack the execution of a sentence or the manner in which the sentence is being carried out. With respect to detainers, the proper forum for a habeas challenge is the district that is the source of the detainer. See Braden v. 30th Judicial Circuit Court of Ky., 410 U.S. 484, 494-500 (1973). Accordingly, Respondent's motion to transfer this case to the District of Colorado (doc. no. 6) ~~is GRANTED~~.

**ORDER ENTERED** at Augusta, Georgia, this 15th day of July, 2015.

_____
UNITED STATES DISTRICT JUDGE